UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ADOLFO PALACIO,                                             :
                                                            :         ORDER OF DISMISSAL
                          Plaintiff,                        :
                                                            :         12 Civ. 457 (LAP)
        -against-                                           :
                                                            :
PRISON HEALTH SERVICES, et al.,                             :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

      By Order dated March 28, 2012, Plaintiff was directed to file an Amended Complaint with this Court within sixty (60) days.  On April 3, 2012, the Order was returned to the Court with the notation, "no inmate in system under name."  A search of the New York City Department of Correction website does not show any inmate under Plaintiff's name or identification number.  Plaintiff has not complied with the Court's Order, has failed to notify the Court of a change of mailing address and has not initiated any further contact with the Court, written or otherwise.  Accordingly, the Complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to comply with the Court's Order.   The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED:

*Loretta A. Preska*

LORETTA A. PRESKA
Chief United States District Judge

Dated: May 23, 2012
       New York, New York