UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ADOLFO PALACIO,                                              :
                                                             :         CIVIL JUDGMENT
                         Plaintiff,                          :
                                                             :         12 Civ. 457 (LAP)
       -against-                                             :
                                                             :
PRISON HEALTH SERVICES, et al.,                              :
                                                             :
                         Defendants.                         :
                                                             :
-------------------------------------------------------------X

     Pursuant to the Order issued _____ by the Honorable Loretta A. Preska, Chief United States District Judge, dismissing the Complaint, it is,

     ORDERED, ADJUDGED AND DECREED:  That the Complaint is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to comply with the Court's Order.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's Judgment would not be taken in good faith.

 

*Loretta A. Preska*
_____
     LORETTA A. PRESKA
     Chief United States District Judge

Dated: May 23, 2012
      New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.